**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Alejandro Escudero MORALES,
Defendant—Appellant.**

**No. 04–50056.**

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Daniel N. Shallman, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Vicki Marolt Buchanan, Esq., Newport Beach, CA, for Defendant–Appellant.

Before: FERNANDEZ, GRABER, and GOULD, Circuit Judges.

MEMORANDUM **

We vacate the sentence and remand for resentencing in light of *United States v. Booker*, —— U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline*, 400 F.3d. 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.9, 2005). Appellant's motion for release pending appeal is denied as moot.

**VACATED and REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

